lmv

6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 0 6 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk 

S. J. WILBURN                              *

    VS                                    *   C.A. NO. B99 021

GARY JOHNSON, Director                     *
Texas Department of Criminal
Justice, Institutional Division

## O R D E R

The State of Texas is hereby ORDERED to respond to Petitioner's 28 U.S.C. Section 2254 Motion for Writ of Habeas Corpus by a Person in States Custody on or before **July 6, 1999.**

DONE at Brownsville, Texas, this 5th day of May, 1999.

Felix Recio
United States Magistrate Judge