7

UNITED STATES DISTRICT COURT            SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

JUN 23 ...

Wilburn

versus

Michael N. Milby, Clk.         Civil Action B-99-21

§
§
§
§
§
§
§

Johnson

United States District Court
Southern District of Texas
FILED

JUN 1 6 1999

Michael N. Milby
Clerk of Court

Specific Referral to Magistrate Judge

This application for a writ of habeas corpus is referred to Magistrate Judge Felix Recio for a report and recommendation.

Signed ___June 16th___, 1999, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge

orefcs.
MAG flag