9

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

**JUL 2 7 1999**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| S. J. WILBURN, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | NO. B-99-21 |
| | § | |
| GARY L. JOHNSON, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF | § | |
| CRIMINAL JUSTICE, | § | |
| INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

## ORDER

CAME ON this day for consideration Respondent Johnson's Motion for Extension of Time, and the Court having considered said Motion is of the opinion that is has merit and should be GRANTED.

It is hereby ORDERED, ADJUDGED and DECREED that Respondent's time for filing an answer or responsive pleading should be and hereby is extended up to and including the 5th day of August, 1999.

SIGNED on this the 26th day of July, 1999.

_____
JUDGE PRESIDING