161

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 16 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

S.J. WILBURN                          *

    VS                                *   C.A. NO. B99-021

GARY L. JOHNSON, Director             *
Texas Department of Criminal
Justice, Institutional Division

## O R D E R

Came on to be considered Petitioner's Motion for Extension of Time to file his objections to the U.S. Magistrate Judge's Report and Recommendation, and the Court, having considered said Motion, finds that said motion should be granted.

**IT IS SO ORDERED.** Said objections shall be filed on or before November 1, 1999.

DONE at Brownsville, Texas, on 16th day of September 1999.

                        Felix Recio
                        United States Magistrate Judge

ClibPDF - www.fastio.com