19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
OCT 15 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| S.J. WILBURN, Petitioner | § § § | |
| v. | § § | ACTION NO. B-99-21 |
| GARY L. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, Respondent | § § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file,

1. The Magistrate Judge's Report and Recommendation is hereby ADOPTED;

2. Respondent's Motion To Dismiss is hereby GRANTED;

3. Petitioner's Objections to the Magistrate Judge's Report and Recommendation are hereby OVERRULED.

DONE in Brownsville, Texas on this 15 day of October, 1999.

Hilda Tagle
United States District Judge

7