UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| S.J. WILBURN, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | |
| | § | ACTION NO. B-99-21 |
| GARY L. JOHNSON, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

## ORDER

Before the court is Petitioner's Motion for a Certificate of Appealability.

The Antiterrorism and Effective Death Penalty Act (AEDPA), governs appeals in habeas corpus proceedings. Section §2253(c), states that an appeal from a habeas petition may not be taken unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. §2253(c).

A Petitioner may be issued a certificate of appealability only where they have made a substantial showing of the denial of a constitutional right. *Hicks v. Johnson*, 186 F.3d 634, 636 (5th Cir. 1999). A "substantial showing" requires the applicant to demonstrate that the issues are debatable among jurists of reason, that a court could resolve the issues in a different manner, or that the question is adequate to deserve encouragement to proceed further. *Hicks*, 186 F.3d at 636.

Petitioner asserts that the Magistrate and District Judge erred when they failed to review a tape recording of Petitioner's parole revocation hearing resulting in a violation of his Eighth and Fourteenth Amendment rights.

The court is of the opinion that Petitioner has raised a substantial issue which merits review. Therefore, the court hereby GRANTS Petitioner's Motion for a Certificate of Appealability (Docket No. 21).

DONE at Brownsville, Texas this 2 day of December, 1999.

1

_____
Hilda Tagle
United States District Judge

2